IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRENDA SIMMONS**, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**OKLAHOMA HEART HOSPITAL, LLC**, **et al.**,<br><br>Defendants. | **Case No. 5:17-cv-00607-F** |

## ORDER GRANTING FINAL APPROVAL OF FLSA SETTLEMENT

The Parties' Joint Motion to Approve FLSA Collective Action Settlement [ECF No. 57] and Plaintiff's Motion to Approve Attorneys' Fees and Litigation Expenses [ECF No. 60] have been submitted to the Court for approval. The Court has considered the Settlement Agreement and all papers filed and proceedings herein, has received no objections to approval of the Settlement, and has determined the Settlement is fair, adequate and reasonable. Accordingly, being fully informed and good cause appearing therefore, the Court orders as follows:

1. **THE COURT GRANTS** final approval of the terms and conditions contained in the Settlement Agreement based on the Court's findings that (a) the Settlement Agreement was entered into in good faith, (b) the Settlement is fair, reasonable, and adequate, and in the best interest of

Plaintiffs, and (c) the Plaintiffs have satisfied the standards and applicable requirements for final approval of this Settlement Agreement.

2. **THE COURT FINDS** that Plaintiffs have been given an opportunity to object to this Settlement Agreement and, in fact, all Plaintiffs are signatories to the Settlement Agreement.

3. **THE COURT ORDERS** the parties to effectuate the Settlement according to the terms set forth in the Settlement Agreement. The Court finds that the Settlement has been reached as a result of intensive, serious and non-collusive arms-length negotiations. In granting final approval of the Settlement Agreement, the Court considered the nature of the claims, the amounts and kinds of benefits paid in settlement, the allocation of settlement proceeds among the individual Plaintiffs, and the fact that a settlement represents a compromise of the parties' respective positions rather than the result of a finding of liability at trial. Additionally, the Court finds that the terms of the Settlement Agreement have no obvious deficiencies. Accordingly, the Court finds that the Settlement Agreement was entered into in good faith and is a fair and reasonable resolution of a bona fide dispute between the parties.

4. **THE COURT FINDS** that, as of the date of this Final Order, the named plaintiff and all opt-in Plaintiffs shall be bound by the releases set forth in the Settlement Agreement.

5. **THE COURT FINDS** that, pursuant to the terms of the Settlement Agreement and the authorities, evidence and argument set forth, the award of attorneys' fees and costs set forth in the Settlement Agreement falls within the range of reasonableness. The payment of fees and costs to Counsel shall be made in accordance with the terms of the Settlement Agreement.

6. **THE COURT ORDERS** the parties to distribute the settlement funds in accordance with the terms of the Settlement Agreement.

7. Without affecting the finality of the Settlement or Judgment, this Court retains exclusive and continuing jurisdiction over the parties relating to the Action and the administration, consummation, enforcement and interpretation of the Settlement Agreement and for any other necessary purpose.

8. **THE COURT DISMISSES** this case with prejudice. Notwithstanding the terms of the Court approved Settlement Agreement, each party shall bear their own costs and expenses associated with this lawsuit.

**IT IS SO ORDERED** this 25th day of January, 2019.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0607p002.PO.docx